# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
VASANTH STEPHEN § Case No. 16-26384
RONALYN STEPHEN §
§
§
  Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/17/2016 . The undersigned trustee was appointed on 08/17/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 14,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 32.87 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 13,967.13 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/17/2017 and the deadline for filing governmental claims was 02/13/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,150.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,150.00 , for a total compensation of $ 2,150.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/05/2017                By: /s/BRENDA PORTER HELMS, TRUSTEE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-26384 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | VASANTH STEPHEN | | | | Date Filed (f) or Converted (c): | 08/17/2016 (f) |
| | RONALYN STEPHEN | | | | 341(a) Meeting Date: | 09/13/2016 |
| For Period Ending: | 12/05/2017 | | | | Claims Bar Date: | 01/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 133 S LAWFORD CT BLOOMINGDALE IL 60108-1582 | 233,000.00 | 0.00 | | 0.00 | FA |
| 2. 2012 TOYOTA PRIUS TWO LEASED TOYOTA PRIUS VEHICLES. | 0.00 | 0.00 | | 0.00 | FA |
| 3. 2009 CADILLAC ESCALADE MILEAGE: 90000 | 21,000.00 | 0.00 | | 0.00 | FA |
| 4. MERCEDES LEASE | 0.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 0.00 | 0.00 | | 0.00 | FA |
| 6. COMPUTER AND TELEVSION | 0.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING | 0.00 | 0.00 | | 0.00 | FA |
| 8. ROLEX WATCH | 7,000.00 | 6,000.00 | | 6,000.00 | FA |
| 9. WEDDING RING | 16,000.00 | 8,000.00 | | 8,000.00 | FA |
| 10. CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 11. BMO HARRIS-checking account | 700.00 | 0.00 | | 0.00 | FA |
| 12. BMO HARRIS-checking account | 1,200.00 | 0.00 | | 0.00 | FA |
| 13. 401(K) | 334.00 | 0.00 | | 0.00 | FA |
| 14. 401(K) | 267.00 | 0.00 | | 0.00 | FA |
| 15. POSSIBLE PAYOUT FROM US MEDICAL MANAGEMENT AMOUNT UNKNOWN IF | 0.00 | 0.00 | | 0.00 | FA |
| 16. DEBTORS OWNED & OPERATED PHYSICIANS HOME CARE SERVICES PLUS Business is no longer operating. | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $279,501.00 | $14,000.00 | | $14,000.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing of sale, and other action:

Exhibit A

9/30/17: Trustee sold watch and ring to third parties. Preparing TFR

9/30/16: Jewelery and watch turned over to Trustee. Trustee obtaining valuation of same

Initial Projected Date of Final Report (TFR): 11/30/2016     Current Projected Date of Final Report (TFR): 03/30/2018

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |  | |
|---|---|---|---|
| Case No: | 16-26384 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | VASANTH STEPHEN | Bank Name: | Associated Bank |
| | RONALYN STEPHEN | Account Number/CD#: | XXXXXX3888 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3942 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/13/17 | 8 | Soulcraft Diamonds Inc | Sale proceeds from Rolex watch Correction: Received from Pragnesh Shah for Milan Imports (payor name transposed on ledger with payor name from Deposit #2) Sold per order 8/11/17 [dkt 24] | 1129-000 | $6,000.00 | | $6,000.00 |
| 09/13/17 | 9 | Pragnesh Shah | Sale proceeds of Diamond Ring Correction: Received from Soulcraft Diamonds, Inc. (payor name transposed on ledger with payor name from Deposit #1) Sold per order 8/11/17 [dkt 24] | 1129-000 | $8,000.00 | | $14,000.00 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.08 | $13,987.92 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.79 | $13,967.13 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $14,000.00 | $32.87 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $14,000.00 | $32.87 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $14,000.00 | $32.87 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $14,000.00    $32.87

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3888 - Checking | $14,000.00 | $32.87 | $13,967.13 |
|  | $14,000.00 | $32.87 | $13,967.13 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $14,000.00 |
| Total Gross Receipts: | $14,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-26384-DRC  
Debtor Name: VASANTH STEPHEN  
Claims Bar Date: 1/17/2017  

Date: December 5, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | | $0.00 | $2,150.00 | $2,150.00 |
| 1 300 7100 | FIRST DATA GLOBAL LEASING<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Unsecured | | $0.00 | $1,559.49 | $1,559.49 |
| 2 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $917.22 | $917.22 |
| 3 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $1,521.10 | $1,521.10 |
| 4 300 7100 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $14,002.00 | $14,881.94 | $14,881.94 |
| 5 300 7100 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured | | $0.00 | $845.07 | $845.07 |
| 6 300 7100 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured | | $5,073.00 | $5,381.11 | $5,381.11 |
| 7 300 7100 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured | | $1,654.00 | $2,028.54 | $2,028.54 |
| 8 300 7100 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured | | $6,515.00 | $10,081.91 | $10,081.91 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-26384-DRC  
Debtor Name: VASANTH STEPHEN  
Claims Bar Date: 1/17/2017  
Date: December 5, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured | | $0.00 | $8,396.06 | $8,396.06 |
| 10 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured | | $10,595.00 | $10,833.01 | $10,833.01 |
| 11 300 7100 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF LABORATORY CORPORATION OF AMERICA HOLDINGS RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | Unsecured | | $20.00 | $17.75 | $17.75 |
| 12 300 7100 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF LABORATORY CORPORATION OF AMERICA HOLDINGS RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | Unsecured | | $0.00 | $9.46 | $9.46 |
| 13 300 7100 | SOFI LENDING CORP ONE LETTERMAN DR BLDG A STE 4700 SAN FRANCISCO, CA 94129 | Unsecured | | $25,000.00 | $25,175.63 | $25,175.63 |
| 14 300 7100 | SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC PO BOX 41021 NORFOLK VA 23541 | Unsecured | | $0.00 | $7,082.07 | $7,082.07 |
| 15 300 7100 | PROSPER MARKETPLACE INC. C/O WEINSTEIN & RILEY P.S. 2001 WESTERN AVE STE. 400 SEATTLE, WA 98121 | Unsecured | | $3,643.00 | $3,959.07 | $3,959.07 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 16-26384-DRC  
Debtor Name: VASANTH STEPHEN  
Claims Bar Date: 1/17/2017  

Date: December 5, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 16<br>300<br>7100 | CAVALRY SPV I, LLC<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD,<br>SUITE #200<br>TUCSON, AZ 85712 | Unsecured | | $0.00 | $2,797.12 | $2,797.12 |
| 17<br>300<br>7100 | CAVALRY SPV I, LLC<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD,<br>SUITE #200<br>TUCSON, AZ 85712 | Unsecured | | $7,812.00 | $7,812.72 | $7,812.72 |
| 18<br>300<br>7100 | PORTFOLIO RECOVERY<br>ASSOCIATES, LLC<br>SUCCESSOR TO SYNCHRONY<br>BANK<br>(BANANA REPUBLIC VISA)<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured | | $7,223.00 | $7,609.05 | $7,609.05 |
| | Case Totals | | | $81,537.00 | $113,058.32 | $113,058.32 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-26384
Case Name: VASANTH STEPHEN
   RONALYN STEPHEN
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $ 13,967.13

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 2,150.00 | $ 0.00 | $ 2,150.00 |

Total to be paid for chapter 7 administrative expenses   $ 2,150.00

Remaining Balance   $ 11,817.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 110,908.32 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIRST DATA GLOBAL LEASING | $ 1,559.49 | $ 0.00 | $ 166.16 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 917.22 | $ 0.00 | $ 97.73 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,521.10 | $ 0.00 | $ 162.07 |
| 4 | DISCOVER BANK | $ 14,881.94 | $ 0.00 | $ 1,585.65 |
| 5 | AMERICAN EXPRESS CENTURION BANK | $ 845.07 | $ 0.00 | $ 90.04 |
| 6 | AMERICAN EXPRESS BANK FSB | $ 5,381.11 | $ 0.00 | $ 573.35 |
| 7 | AMERICAN EXPRESS BANK FSB | $ 2,028.54 | $ 0.00 | $ 216.14 |
| 8 | AMERICAN EXPRESS BANK FSB | $ 10,081.91 | $ 0.00 | $ 1,074.21 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 8,396.06 | $ 0.00 | $ 894.59 |
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 10,833.01 | $ 0.00 | $ 1,154.24 |
| 11 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND | $ 17.75 | $ 0.00 | $ 1.89 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND | $ 9.46 | $ 0.00 | $ 1.01 |
| 13 | SOFI LENDING CORP | $ 25,175.63 | $ 0.00 | $ 2,682.43 |
| 14 | SYNCHRONY BANK | $ 7,082.07 | $ 0.00 | $ 754.58 |
| 15 | PROSPER MARKETPLACE INC. | $ 3,959.07 | $ 0.00 | $ 421.83 |
| 16 | CAVALRY SPV I, LLC | $ 2,797.12 | $ 0.00 | $ 298.03 |
| 17 | CAVALRY SPV I, LLC | $ 7,812.72 | $ 0.00 | $ 832.44 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 7,609.05 | $ 0.00 | $ 810.74 |

Total to be paid to timely general unsecured creditors     $     11,817.13

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE