IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 16-26384 |
| | ) | |
| VASANTH AND RONALYN STEPHEN | ) | HON. JANET S. BAER |
| | ) | BANKRUPTCY JUDGE |

CERTIFICATE OF SERVICE

    The undersigned certifies that she caused a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object attached hereto to be served upon the parties listed on the attached Service List, by depositing a copy of same, postage prepaid, in the U.S. Mail, on this 14th day of December, 2017 at 3400 W. Lawrence Ave., Chicago, Illinois.

                                                                                /s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
VASANTH STEPHEN § Case No. 16-26384
RONALYN STEPHEN §
§
Debtors §

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 01/05/2018 in Courtroom 240,
Janet S. Baer
Kane County Courthouse
100 S. Third Street
Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/14/2017           By: /s/ Brenda Porter Helms
                                        Trustee

BRENDA PORTER HELMS, TRUSTEE
3400 W. LAWRENCE AVENUE
CHICAGO, IL 60625

UST Form 101-7-NFR (10/1/2010) (Page: 1)

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
VASANTH STEPHEN § Case No. 16-26384
RONALYN STEPHEN §
§
Debtors §

### SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 14,000.00 |
| and approved disbursements of | $ | 32.87 |
| leaving a balance on hand of[1] | $ | 13,967.13 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 2,150.00 | $ 0.00 | $ 2,150.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,150.00 |
| Remaining Balance | | $ | 11,817.13 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursement. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

---

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 110,908.32 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIRST DATA GLOBAL LEASING | $ 1,559.49 | $ 0.00 | $ 166.16 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 917.22 | $ 0.00 | $ 97.73 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,521.10 | $ 0.00 | $ 162.07 |
| 4 | DISCOVER BANK | $ 14,881.94 | $ 0.00 | $ 1,585.65 |
| 5 | AMERICAN EXPRESS CENTURION BANK | $ 845.07 | $ 0.00 | $ 90.04 |
| 6 | AMERICAN EXPRESS BANK FSB | $ 5,381.11 | $ 0.00 | $ 573.35 |
| 7 | AMERICAN EXPRESS BANK FSB | $ 2,028.54 | $ 0.00 | $ 216.14 |
| 8 | AMERICAN EXPRESS BANK FSB | $ 10,081.91 | $ 0.00 | $ 1,074.21 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 8,396.06 | $ 0.00 | $ 894.59 |
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 10,833.01 | $ 0.00 | $ 1,154.24 |

UST Form 101-7-NFR (10/1/2010) (Page: 3)

---

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND | $ 17.75 | $ 0.00 | $ 1.89 |
| 12 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND | $ 9.46 | $ 0.00 | $ 1.01 |
| 13 | SOFI LENDING CORP | $ 25,175.63 | $ 0.00 | $ 2,682.43 |
| 14 | SYNCHRONY BANK | $ 7,082.07 | $ 0.00 | $ 754.58 |
| 15 | PROSPER MARKETPLACE INC. | $ 3,959.07 | $ 0.00 | $ 421.83 |
| 16 | CAVALRY SPV I, LLC | $ 2,797.12 | $ 0.00 | $ 298.03 |
| 17 | CAVALRY SPV I, LLC | $ 7,812.72 | $ 0.00 | $ 832.44 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 7,609.05 | $ 0.00 | $ 810.74 |
| | Total to be paid to timely general unsecured creditors | | $ | 11,817.13 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) (Page: 4)

Prepared By: /s/ Brenda Porter Helms
Trustee

BRENDA PORTER HELMS, TRUSTEE
3400 W. LAWRENCE AVENUE
CHICAGO, IL 60625

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) (Page: 5)

| Amount claimed: | $1521.10 | | |
|---|---|---|---|
| History: | | | |
| Details | 3-1 | 10/20/2016 | Claim #3 filed by Quantum3 Group LLC as agent for, Amount claimed: $1521.10 (Choi, Yunny ) |
| Description: (3-1) Money Loaned | | | |
| Remarks: | | | |

| Creditor: (25027644)<br>Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | **Claim No: 4**<br>Original Filed<br>Date: 10/25/2016<br>Original Entered<br>Date: 10/25/2016 | Status:<br>Filed by: CR<br>Entered by: Kyle E Beckman<br>Modified: |
|---|---|---|

| Amount claimed: | $14881.94 | | |
|---|---|---|---|
| History: | | | |
| Details | 4-1 | 10/25/2016 | Claim #4 filed by Discover Bank, Amount claimed: $14881.94 (Beckman, Kyle ) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (25081428)<br>American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | **Claim No: 5**<br>Original Filed<br>Date: 11/10/2016<br>Original Entered<br>Date: 11/10/2016 | Status:<br>Filed by: CR<br>Entered by: Greg Deegan<br>Modified: |
|---|---|---|

| Amount claimed: | $845.07 | | |
|---|---|---|---|
| History: | | | |
| Details | 5-1 | 11/10/2016 | Claim #5 filed by American Express Centurion Bank, Amount claimed: $845.07 (Deegan, Greg ) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (25081518)<br>American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | **Claim No: 6**<br>Original Filed<br>Date: 11/10/2016<br>Original Entered<br>Date: 11/10/2016 | Status:<br>Filed by: CR<br>Entered by: Greg Deegan<br>Modified: |
|---|---|---|

| Amount claimed: | $5381.11 | | |
|---|---|---|---|
| History: | | | |
| Details | 6-1 | 11/10/2016 | Claim #6 filed by American Express Bank FSB, Amount claimed: $5381.11 (Deegan, Greg ) |
| Description: | | | |
| Remarks: | | | |

| History: | | | |
|---|---|---|---|
| Details | 6-1 | 11/10/2016 | Claim #6 filed by American Express Bank FSB, Amount claimed: $5381.11 (Deegan, Greg) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (25081518) American Express Bank FSB c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Claim No: 7 Original Filed Date: 11/10/2016 Original Entered Date: 11/10/2016 | Status: Filed by: CR Entered by: Greg Deegan Modified: |
|---|---|---|
| Amount claimed: $2028.54 | | |

| History: | | | |
|---|---|---|---|
| Details | 7-1 | 11/10/2016 | Claim #7 filed by American Express Bank FSB, Amount claimed: $2028.54 (Deegan, Greg) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (25081518) American Express Bank FSB c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Claim No: 8 Original Filed Date: 11/10/2016 Original Entered Date: 11/10/2016 | Status: Filed by: CR Entered by: Greg Deegan Modified: |
|---|---|---|
| Amount claimed: $10081.91 | | |

| History: | | | |
|---|---|---|---|
| Details | 8-1 | 11/10/2016 | Claim #8 filed by American Express Bank FSB, Amount claimed: $10081.91 (Deegan, Greg) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (25172183) PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim No: 9 Original Filed Date: 12/13/2016 Original Entered Date: 12/13/2016 | Status: Filed by: CR Entered by: Susan I. Gaines Modified: |
|---|---|---|
| Amount claimed: $8396.06 Secured claimed: $0.00 | | |

| History: | | | |
|---|---|---|---|
| Details | 9-1 | 12/13/2016 | Claim #9 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $8396.06 (Gaines, Susan) |
| Description: | | | |
| Remarks: | | | |

# Northern District of Illinois
# Claims Register

### 16-26384 Vasanth Stephen and Ronalyn Stephen

**Hon.:** Janet S. Baer  **Chapter:** 7
**Office:** Chicago  **Last Date to file claims:** 01/17/2017
**Trustee:** Brenda Porter Helms ESQ  **Last Date to file (Govt):** 02/13/2017

| Creditor: (25011466) First Data Global Leasing by American InfoSource LP as agent PO Box 248838 Oklahoma City, OK 73124-8838 | Claim No: 1 Original Filed Date: 10/19/2016 Original Entered Date: 10/19/2016 | Status: Filed by: CR Entered by: Ashley Boswell Modified: |
|---|---|---|

Amount claimed: $1559.49

History:
| Details | 1-1 | 10/19/2016 | Claim #1 filed by First Data Global Leasing, Amount claimed: $1559.49 (Boswell, Ashley ) |

Description:
Remarks:

| Creditor: (25013354) Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Claim No: 2 Original Filed Date: 10/20/2016 Original Entered Date: 10/20/2016 | Status: Filed by: CR Entered by: Alexandra Chen Modified: |
|---|---|---|

Amount claimed: $917.22

History:
| Details | 2-1 | 10/20/2016 | Claim #2 filed by Quantum3 Group LLC as agent for, Amount claimed: $917.22 (Chen, Alexandra ) |

Description: (2-1) Money Loaned
Remarks:

| Creditor: (25013354) Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Claim No: 3 Original Filed Date: 10/20/2016 Original Entered Date: 10/20/2016 | Status: Filed by: CR Entered by: Yunny Choi Modified: |
|---|---|---|

History:
| Details | 3-1 | 10/20/2016 | Claim #3 filed by Quantum3 Group LLC as agent for, Amount claimed: $1521.10 (Choi, Yunny ) |

Description: (3-1) Money Loaned
Remarks:

| History: | | | | |
|---|---|---|---|---|
| Details | | 9-1 | 12/13/2016 | Claim #9 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $8396.06 (Gaines, Susan) |
| Description: | | | | |
| Remarks: | | | | |

| Creditor: (25172183) <br> PYOD, LLC its successors and assigns as assignee <br> of Citibank, N.A. <br> Resurgent Capital Services <br> PO Box 19008 <br> Greenville, SC 29602 | **Claim No: 10** <br> Original Filed Date: 12/19/2016 <br> Original Entered Date: 12/19/2016 | Status: <br> Filed by: CR <br> Entered by: Susan I. Gaines <br> Modified: |
|---|---|---|

| Amount | claimed: | $10833.01 |
|---|---|---|
| Secured | claimed: | $0.00 |

| History: | | | | |
|---|---|---|---|---|
| Details | | 10-1 | 12/19/2016 | Claim #10 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $10833.01 (Gaines, Susan) |
| Description: | | | | |
| Remarks: | | | | |

| Creditor: (25185518) <br> Ashley Funding Services, LLC its successors and <br> assigns as assignee of Laboratory Corporation of America Holdings <br> Resurgent Capital Services <br> PO Box 10587 <br> Greenville, SC 29603-0587 | **Claim No: 11** <br> Original Filed Date: 12/19/2016 <br> Original Entered Date: 12/19/2016 | Status: <br> Filed by: CR <br> Entered by: Susan I. Gaines <br> Modified: |
|---|---|---|

| Amount | claimed: | $17.75 |
|---|---|---|
| Secured | claimed: | $0.00 |

| History: | | | | |
|---|---|---|---|---|
| Details | | 11-1 | 12/19/2016 | Claim #11 filed by Ashley Funding Services, LLC its successors and, Amount claimed: $17.75 (Gaines, Susan) |
| Description: | | | | |
| Remarks: | | | | |

| Creditor: (25185518) <br> Ashley Funding Services, LLC its successors and | **Claim No: 12** <br> Original Filed Date: 12/27/2016 | Status: <br> Filed by: CR |
|---|---|---|

| History: | | | | |
|---|---|---|---|---|
| Details | | 12-1 | 12/27/2016 | Claim #12 filed by Ashley Funding Services, LLC its successors and, Amount claimed: $9.46 (Boehnlein, Taylor) |
| Description: | | | | |
| Remarks: | | | | |

| | | |
|---|---|---|
| assigns as assignee of Laboratory Corporation of America Holdings Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | *Original Entered Date:* 12/27/2016 | *Entered by:* Taylor Boehnlein *Modified:* |

| Amount | claimed: | $9.46 |
|---|---|---|
| Secured | claimed: | $0.00 |

*History:*

| Details | 12-1 | 12/27/2016 | Claim #12 filed by Ashley Funding Services, LLC its successors and, Amount claimed: $9.46 (Boehnlein, Taylor) |
|---|---|---|---|

*Description:*
*Remarks:*

| *Creditor:* (24815956) History Sofi Lending Corp One Letterman Dr Bldg A Ste 4700 San Francisco, CA 94129 | **Claim No: 13** *Original Filed Date:* 01/09/2017 *Original Entered Date:* 01/10/2017 | *Status:* *Filed by:* CR *Entered by:* *Modified:* |
|---|---|---|

| Amount | claimed: | $25175.63 |
|---|---|---|

*History:*

| Details | 13-1 | 01/09/2017 | Claim #13 filed by Sofi Lending Corp, Amount claimed: $25175.63 (Chavez, Baldo) |
|---|---|---|---|

*Description:*
*Remarks:*

| *Creditor:* (25244611) Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk VA 23541 | **Claim No: 14** *Original Filed Date:* 01/11/2017 *Original Entered Date:* 01/11/2017 | *Status:* *Filed by:* CR *Entered by:* Valerie Smith *Modified:* |
|---|---|---|

| Amount | claimed: | $7082.07 |
|---|---|---|

*History:*

| Details | 14-1 | 01/11/2017 | Claim #14 filed by Synchrony Bank, Amount claimed: $7082.07 (Smith, Valerie) |
|---|---|---|---|

*Description:*
*Remarks:* (14-1) TJX RewardsMasterCard or GEMB or GECRB

| | | |
|---|---|---|

*History:*

| Details | 15-1 | 01/13/2017 | Claim #15 filed by Prosper Marketplace Inc., Amount claimed: $3959.07 (Doty, Hailey) |
|---|---|---|---|

*Description:*
*Remarks:*

| Creditor: (25248979)<br>Prosper Marketplace Inc.<br>C/O Weinstein & Riley P.S.<br>2001 Western Ave Ste. 400<br>Seattle, WA 98121 | Claim No: 15<br>Original Filed Date: 01/13/2017<br>Original Entered Date: 01/13/2017 | Status:<br>Filed by: CR<br>Entered by: Hailey Doty<br>Modified: |
|---|---|---|
| Amount claimed: $3959.07 | | |
| History: | | |
| Details 15-1 01/13/2017 Claim #15 filed by Prosper Marketplace Inc., Amount claimed: $3959.07 (Doty, Hailey ) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (25249793)<br>Cavalry Spv I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Claim No: 16<br>Original Filed Date: 01/13/2017<br>Original Entered Date: 01/13/2017 | Status:<br>Filed by: CR<br>Entered by: Rita M Torres<br>Modified: |
|---|---|---|
| Amount claimed: $2797.12 | | |
| History: | | |
| Details 16-1 01/13/2017 Claim #16 filed by Cavalry Spv I, LLC, Amount claimed: $2797.12 (Torres, Rita ) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (25249793)<br>Cavalry Spv I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Claim No: 17<br>Original Filed Date: 01/13/2017<br>Original Entered Date: 01/13/2017 | Status:<br>Filed by: CR<br>Entered by: Rita M Torres<br>Modified: |
|---|---|---|
| Amount claimed: $7812.72 | | |
| History: | | |
| Details 17-1 01/13/2017 Claim #17 filed by Cavalry Spv I, LLC, Amount claimed: $7812.72 (Torres, Rita ) | | |
| Description: | | |
| Remarks: | | |

| | | |
|---|---|---|
| History: | | |
| Details 18-1 01/17/2017 Claim #18 filed by Portfolio Recovery Associates, LLC, Amount claimed: $7609.05 (Hooks, Adeanna ) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (25256330)<br>Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(BANANA REPUBLIC VISA)<br>POB 41067<br>Norfolk, VA 23541 | Claim No: 18<br>Original Filed<br>Date: 01/17/2017<br>Original Entered<br>Date: 01/17/2017 | Status:<br>Filed by: CR<br>Entered by: Adeanna Hooks<br>Modified: |
|---|---|---|
| Amount claimed: $7609.05 | | |

| History: | | | |
|---|---|---|---|
| Details | 18-1 | 01/17/2017 | Claim #18 filed by Portfolio Recovery Associates, LLC, Amount claimed: $7609.05 (Hooks, Adeanna ) |
| Description: | | | |
| Remarks: | | | |

## Claims Register Summary

**Case Name:** Vasanth Stephen and Ronalyn Stephen
**Case Number:** 16-26384
**Chapter:** 7
**Date Filed:** 08/17/2016
**Total Number Of Claims:** 18

| Total Amount Claimed* | $110908.32 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/07/2017 13:32:13 | | | |
| PACER Login: | Trustee5150:2566571:0 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 16-26384 Filed or Entered From: 1/1/2016 Filed or Entered To: 7/7/2017 |
| Billable Pages: | 2 | Cost: | 0.20 |