UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VASANTH STEPHEN | § | Case No. 16-26384 |
| RONALYN STEPHEN | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 213,701.00                    Assets Exempt: 42,800.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  11,817.13       Claims Discharged
                                                   Without Payment:  1,142,809.05

Total Expenses of Administration:  2,182.87

3) Total gross receipts of $ 14,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 14,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 226,741.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,182.87 | 2,182.87 | 2,182.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 898,513.86 | 110,908.32 | 110,908.32 | 11,817.13 |
| **TOTAL DISBURSEMENTS** | $ 1,125,254.86 | $ 113,091.19 | $ 113,091.19 | $ 14,000.00 |

4) This case was originally filed under chapter 7 on 08/17/2016 . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2018          By:/s/BRENDA PORTER HELMS, TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ROLEX WATCH | 1129-000 | 6,000.00 |
| WEDDING RING | 1129-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 14,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | mbfs, PO Box 5209 Carol Stream, IL 60197-5209 | | 1,069.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing, LLC, PO Box 24738 West Palm Beach, FL 33416-4738 | | 225,172.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | toyota financial, PO Box 4102 Carol Stream, IL 60197-4102 | | 500.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 226,741.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM PC | 2100-000 | NA | 2,150.00 | 2,150.00 | 2,150.00 |
| Associated Bank | 2600-000 | NA | 32.87 | 32.87 | 32.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 2,182.87** | **$ 2,182.87** | **$ 2,182.87** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  |  |  | 0.00 | NA | NA | 0.00 |
|  | department of the treasury, debt management services PO Box 979101 Saint Louis, MO 63197-9001 |  | 0.00 | NA | NA | 0.00 |
|  | department of treasury, debt management services PO Box 979101 Saint Louis, MO 63197-9001 |  | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 121 Fairfield Way, LLC, c/o paul Conarty 1400 Fechner Cir North Aurora, IL 60542-1806 |  | 14,300.00 | NA | NA | 0.00 |
|  | accord search group, Julia Jordan 33437 N 46th Pl Cave Creek, AZ 85331-5051 |  | 12,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ann taylor, PO Box 659705 San Antonio, TX 78265-9705 | | 1,250.00 | NA | NA | 0.00 |
| | aronberg goldgehn, 330 N Wabash Ave Ste 1700 Chicago, IL 60611-7765 | | 3,000.00 | NA | NA | 0.00 |
| | Associated Bank sba loa | | 114,317.00 | NA | NA | 0.00 |
| | Associated Bank sba loan | | 258,056.00 | NA | NA | 0.00 |
| | Associated Bank, PO Box 790408 Saint Louis, MO 63179-0408 | | 18,196.00 | NA | NA | 0.00 |
| | AT & T Mobility, PO Box 6463 Carol Stream, IL 60197-6463 | | 377.00 | NA | NA | 0.00 |
| | athena health, PO Box 415615 Boston, MA 02241-5615 | | 9,325.00 | NA | NA | 0.00 |
| | Bank of America, PO Box 851001 Dallas, TX 75285-1001 | | 4,277.00 | NA | NA | 0.00 |
| | Bank of America, PO Box 851001 Dallas, TX 75285-1001 | | 3,325.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Berrardin (Village Green), 747 N Wabash Ave Chicago, IL 60611-2592 | | 7,000.00 | NA | NA | 0.00 |
| | capital management services, 698 1/2 Sout ogden St Buffalo, NY 14206-2317 | | 14,319.26 | NA | NA | 0.00 |
| | Chase Bank, PO Box 15153 Wilmington, DE 19886-5153 | | 4,195.00 | NA | NA | 0.00 |
| | Chase Bank, PO Box 15298 Wilmington, DE 19850-5298 | | 3,228.00 | NA | NA | 0.00 |
| | Chase Bank, PO Box 15298 Wilmington, DE 19850-5298 | | 5,415.10 | NA | NA | 0.00 |
| | chase slate, PO Box 15123 Wilmington, DE 19850-5123 | | 3,572.00 | NA | NA | 0.00 |
| | chase, PO Box 15123 Wilmington, DE 19850-5123 | | 23,960.00 | NA | NA | 0.00 |
| | chicago Lighthouse, 1850 W Roosevelt Rd Chicago, IL 60608-1200 | | 762.00 | NA | NA | 0.00 |
| | chicago tribune Company, c/o Biehl & Biehl PO Box 87410 Carol Stream, IL 60188-7410 | | 10,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | convergent commercial, 925 Westchester Ave Ste 101 White Plains, NY 10604-3562 | | 12,000.00 | NA | NA | 0.00 |
| | Direct Capital, 155 Commerce Way Portsmouth, NH 03801-3243 | | 200.00 | NA | NA | 0.00 |
| | DuPage Medical Group, 15921 Collection Center Dr Chicago, IL 60693-0159 | | 100.00 | NA | NA | 0.00 |
| | DuPage Medical Group, Merchant's Credit Guide Co 223 W Jackson Blvd # 700 Chicago, IL 60606-6914 | | 97.00 | NA | NA | 0.00 |
| | Edward Hospital, Physiucians Answering service Communicat 801 S Washington St Naperville, IL 60540-7430 | | 150.00 | NA | NA | 0.00 |
| | emmanuel agomo, 3905 Legner St Plano, IL 60545-1394 | | 5,106.50 | NA | NA | 0.00 |
| | express, PO Box 659728 San Antonio, TX 78265-9728 | | 1,384.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Insurance Funding, PO Box 7000 Carol Stream, IL 60197-7000 | | 4,216.00 | NA | NA | 0.00 |
| | kabbage, NCB management services, inc PO Box 1099 Langhorne, PA 19047-6099 | | 19,844.00 | NA | NA | 0.00 |
| | Konica Minolta, PO Box 550599 Jacksonville, FL 32255-0599 | | 100.00 | NA | NA | 0.00 |
| | lending club corporation, c/o vital recovery services PO Box 923748 Peachtree Corners, GA 30010-3748 | | 30,908.00 | NA | NA | 0.00 |
| | MB Financial Bank, 6111 N River Rd Rosemont, IL 60018-5158 | | 17,538.00 | NA | NA | 0.00 |
| | MB Financial Bank, 6111 N River Rd Rosemont, IL 60018-5158 | | 2,159.00 | NA | NA | 0.00 |
| | nakamura chiropractic clinic, 655 S Roselle Rd Schaumburg, IL 60193-3122 | | 4,468.00 | NA | NA | 0.00 |
| | neiman marcus, PO Box 5235 Carol Stream, IL 60197-5235 | | 2,034.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nordstrom, PO Box 6566 Englewood, CO 80155-6566 | | 6,128.00 | NA | NA | 0.00 |
| | Northwest Psychiatry, 10 Executive Ct Ste 5 South Barrington, IL 60010-9551 | | 656.00 | NA | NA | 0.00 |
| | On Deck Capital Inc, c/o VogelBach 1441 Broadway Fl 5 New York, NY 10018-1905 | | 129,000.00 | NA | NA | 0.00 |
| | Patriot Underwiriters, PO Box 630691 Cincinnati, OH 45263-0691 | | 5,091.00 | NA | NA | 0.00 |
| | Pershing Yoakley & Associates, c/o Robert Berg, Esquire 1 Securities Ctr Ste 400 Atlanta, GA 30305 | | 5,000.00 | NA | NA | 0.00 |
| | Pharmacy Advanced LLC, 337 Remington Blvd Apt Blve Bolingbrook, IL 60440-4922 | | 146.00 | NA | NA | 0.00 |
| | saks fifth, Capital 1 Services LLC Carol Stream, IL 60197-4144 | | 2,671.00 | NA | NA | 0.00 |
| | sears credit cards, PO Box 78051 Phoenix, AZ 85062-8051 | | 7,972.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sheila Watkins, 9243 Luna Ave Morton Grove, IL 60053-1543 | | 25,000.00 | NA | NA | 0.00 |
| | Theresa Matzura, 1617 Brassie Ave Flossmoor, IL 60422-1817 | | 10,000.00 | NA | NA | 0.00 |
| | tjmaxx, PO Box 530949 Atlanta, GA 30353-0949 | | 6,693.00 | NA | NA | 0.00 |
| | T-Mobile, PO Box 742596 Cincinnati, OH 45274-2596 | | 1,888.00 | NA | NA | 0.00 |
| | US Banki, 550 Lake St Roselle, IL 60172-3546 | | 1,652.00 | NA | NA | 0.00 |
| | zurich, 1400 American Ln Schaumburg, IL 60196-5452 | | 3,901.00 | NA | NA | 0.00 |
| 6 | AMERICAN EXPRESS BANK FSB | 7100-000 | 5,073.00 | 5,381.11 | 5,381.11 | 573.35 |
| 7 | AMERICAN EXPRESS BANK FSB | 7100-000 | 1,654.00 | 2,028.54 | 2,028.54 | 216.14 |
| 8 | AMERICAN EXPRESS BANK FSB | 7100-000 | 6,515.00 | 10,081.91 | 10,081.91 | 1,074.21 |
| 5 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 845.07 | 845.07 | 90.04 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | CAVALRY SPV I, LLC | 7100-000 | NA | 2,797.12 | 2,797.12 | 298.03 |
| 17 | CAVALRY SPV I, LLC | 7100-000 | 7,812.00 | 7,812.72 | 7,812.72 | 832.44 |
| 4 | DISCOVER BANK | 7100-000 | 14,002.00 | 14,881.94 | 14,881.94 | 1,585.65 |
| 1 | FIRST DATA GLOBAL LEASING | 7100-000 | NA | 1,559.49 | 1,559.49 | 166.16 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 7,223.00 | 7,609.05 | 7,609.05 | 810.74 |
| 15 | PROSPER MARKETPLACE INC. | 7100-000 | 3,643.00 | 3,959.07 | 3,959.07 | 421.83 |
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 10,595.00 | 10,833.01 | 10,833.01 | 1,154.24 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 8,396.06 | 8,396.06 | 894.59 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 917.22 | 917.22 | 97.73 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 1,521.10 | 1,521.10 | 162.07 |
| 13 | SOFI LENDING CORP | 7100-000 | 25,000.00 | 25,175.63 | 25,175.63 | 2,682.43 |
| 14 | SYNCHRONY BANK | 7100-000 | NA | 7,082.07 | 7,082.07 | 754.58 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND | 7100-001 | 20.00 | 17.75 | 17.75 | 1.89 |
| 12 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND | 7100-001 | NA | 9.46 | 9.46 | 1.01 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 898,513.86 | $ 110,908.32 | $ 110,908.32 | $ 11,817.13 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 16-26384 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | VASANTH STEPHEN | | | | Date Filed (f) or Converted (c): | 08/17/2016 (f) |
| | RONALYN STEPHEN | | | | 341(a) Meeting Date: | 09/13/2016 |
| For Period Ending: | 02/13/2018 | | | | Claims Bar Date: | 01/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 133 S LAWFORD CT BLOOMINGDALE IL 60108-1582 | 233,000.00 | 0.00 | | 0.00 | FA |
| 2. 2012 TOYOTA PRIUS  TWO LEASED TOYOTA PRIUS VEHICLES. | 0.00 | 0.00 | | 0.00 | FA |
| 3. 2009 CADILLAC ESCALADE MILEAGE: 90000 | 21,000.00 | 0.00 | | 0.00 | FA |
| 4. MERCEDES LEASE | 0.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 0.00 | 0.00 | | 0.00 | FA |
| 6. COMPUTER AND TELEVSION | 0.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING | 0.00 | 0.00 | | 0.00 | FA |
| 8. ROLEX WATCH | 7,000.00 | 6,000.00 | | 6,000.00 | FA |
| 9. WEDDING RING | 16,000.00 | 8,000.00 | | 8,000.00 | FA |
| 10. CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 11. BMO HARRIS-checking account | 700.00 | 0.00 | | 0.00 | FA |
| 12. BMO HARRIS-checking account | 1,200.00 | 0.00 | | 0.00 | FA |
| 13. 401(K) | 334.00 | 0.00 | | 0.00 | FA |
| 14. 401(K) | 267.00 | 0.00 | | 0.00 | FA |
| 15. POSSIBLE PAYOUT FROM US MEDICAL MANAGEMENT AMOUNT UNKNOWN IF | 0.00 | 0.00 | | 0.00 | FA |
| 16. DEBTORS OWNED & OPERATED PHYSICIANS HOME CARE SERVICES PLUS  Business is no longer operating. | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $279,501.00 | $14,000.00 | $14,000.00 | $0.00 |
|  |  |  | (Total Dollar Amount in Column 6) | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing of sale, and other action:

9/30/17: Trustee sold watch and ring to third parties. Preparing TFR

9/30/16: Jewelery and watch turned over to Trustee. Trustee obtaining valuation of same

Initial Projected Date of Final Report (TFR): 11/30/2016    Current Projected Date of Final Report (TFR): 03/30/2018

Exhibit 8

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-26384 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | |
| Case Name: | VASANTH STEPHEN | Bank Name: | Associated Bank | |
| | RONALYN STEPHEN | Account Number/CD#: | XXXXXX3888 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3942 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 02/13/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/13/17 | 8 | Soulcraft Diamonds Inc | Sale proceeds from Rolex watch<br>Correction: Received from Pragnesh Shah for Milan Imports (payor name transposed on ledger with payor name from Deposit #2)<br>Sold per order 8/11/17 [dkt 24] | 1129-000 | $6,000.00 | | $6,000.00 |
| 09/13/17 | 9 | Pragnesh Shah | Sale proceeds of Diamond Ring<br>Correction: Received from Soulcraft Diamonds, Inc. (payor name transposed on ledger with payor name from Deposit #1)<br>Sold per order 8/11/17 [dkt 24] | 1129-000 | $8,000.00 | | $14,000.00 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.08 | $13,987.92 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.79 | $13,967.13 |
| 01/17/18 | 108 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal reissue payable to creditor | | | ($2.90) | $13,970.03 |
| | | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND | Final distribution to claim 11 representing a payment of 10.65 % per court order. $1.89 | 7100-000 | | | |
| | | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND | Final distribution to claim 12 representing a payment of 10.68 % per court order. $1.01 | 7100-000 | | | |
| 01/17/18 | 101 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,150.00 | $11,820.03 |
| 01/17/18 | 102 | FIRST DATA GLOBAL LEASING BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Final distribution to claim 1 representing a payment of 10.65 % per court order. | 7100-000 | | $166.16 | $11,653.87 |
| | | | Page Subtotals: | | $14,000.00 | $2,346.13 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-26384 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: VASANTH STEPHEN | Bank Name: Associated Bank |
| RONALYN STEPHEN | Account Number/CD#: XXXXXX3888 |
| | Checking |
| Taxpayer ID No: XX-XXX3942 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/13/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/17/18 | 103 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Distribution | | | | $259.80 | $11,394.07 |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 2 representing a payment of 10.66 % per court order. | ($97.73) | 7100-000 | | | |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 3 representing a payment of 10.65 % per court order. | ($162.07) | 7100-000 | | | |
| 01/17/18 | 104 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Final distribution to claim 4 representing a payment of 10.65 % per court order. | | 7100-000 | | $1,585.65 | $9,808.42 |
| 01/17/18 | 105 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 5 representing a payment of 10.65 % per court order. | | 7100-000 | | $90.04 | $9,718.38 |
| 01/17/18 | 106 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Distribution | | | | $1,863.70 | $7,854.68 |
| | | AMERICAN EXPRESS BANK FSB | Final distribution to claim 6 representing a payment of 10.65 % per court order. | ($573.35) | 7100-000 | | | |
| | | AMERICAN EXPRESS BANK FSB | Final distribution to claim 7 representing a payment of 10.65 % per court order. | ($216.14) | 7100-000 | | | |
| | | AMERICAN EXPRESS BANK FSB | Final distribution to claim 8 representing a payment of 10.65 % per court order. | ($1,074.21) | 7100-000 | | | |
| 01/17/18 | 107 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Distribution | | | | $2,048.83 | $5,805.85 |

Page Subtotals: $0.00    $5,848.02

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-26384 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | VASANTH STEPHEN | Bank Name: | Associated Bank |
| | RONALYN STEPHEN | Account Number/CD#: | XXXXXX3888 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3942 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/13/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | Final distribution to claim 9 representing a payment of 10.65 % per court order. ($894.59) | 7100-000 | | | |
| | | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | Final distribution to claim 10 representing a payment of 10.65 % per court order. ($1,154.24) | 7100-000 | | | |
| 01/17/18 | 108 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $2.90 | $5,802.95 |
| | | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND | Final distribution to claim 11 representing a payment of 10.65 % per court order. ($1.89) | 7100-001 | | | |
| | | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND | Final distribution to claim 12 representing a payment of 10.68 % per court order. ($1.01) | 7100-001 | | | |
| 01/17/18 | 109 | SOFI LENDING CORP<br>ONE LETTERMAN DR BLDG A<br>STE 4700<br>SAN FRANCISCO, CA 94129 | Final distribution to claim 13 representing a payment of 10.65 % per court order. | 7100-000 | | $2,682.43 | $3,120.52 |
| 01/17/18 | 110 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK VA 23541 | Final distribution to claim 14 representing a payment of 10.65 % per court order. | 7100-000 | | $754.58 | $2,365.94 |
| 01/17/18 | 111 | PROSPER MARKETPLACE INC.<br>C/O WEINSTEIN & RILEY P.S.<br>2001 WESTERN AVE STE. 400<br>SEATTLE, WA 98121 | Final distribution to claim 15 representing a payment of 10.65 % per court order. | 7100-000 | | $421.83 | $1,944.11 |
| 01/17/18 | 112 | CAVALRY SPV I, LLC<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 | Distribution | | | $1,130.47 | $813.64 |
| | | CAVALRY SPV I, LLC | Final distribution to claim 16 representing a payment of 10.65 % per court order. ($298.03) | 7100-000 | | | |
| | | CAVALRY SPV I, LLC | Final distribution to claim 17 representing a payment of 10.65 % per court order. ($832.44) | 7100-000 | | | |

| | | | Page Subtotals: | | $0.00 | $4,992.21 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-26384 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | VASANTH STEPHEN | Bank Name: | Associated Bank |
| | RONALYN STEPHEN | Account Number/CD#: | XXXXXX3888 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3942 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/13/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/17/18 | 113 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO SYNCHRONY BANK (BANANA REPUBLIC VISA)<br>POB 41067<br>NORFOLK, VA 23541 | Final distribution to claim 18 representing a payment of 10.65 % per court order. | 7100-000 | | $810.74 | $2.90 |
| 01/17/18 | 114 | Ashley Funding Services LLC its successors and assigns | Final distibution to creditors | | | $2.90 | $0.00 |
| | | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND | ($1.89) | 7100-000 | | | |
| | | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND | ($1.01) | 7100-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $14,000.00 | $14,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $14,000.00 | $14,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $14,000.00 | $14,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $813.64 |

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3888 - Checking | $14,000.00 | $14,000.00 | $0.00 |
|  | $14,000.00 | $14,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $14,000.00 |
| Total Gross Receipts: | $14,000.00 |